IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KMF OAKLAND LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BERNARD ALCARAZ,<br><br>    Defendant.<br>                                                       / | No. C 16-03212 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the report and recommendation of Magistrate Judge Donna M. Ryu and agrees that this unlawful detainer action, which was improperly removed to federal court, should be remanded to state court (Dkt. No. 5). No objections were filed in response to the report. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Ryu. This action is hereby **REMANDED** to Alameda County Superior Court. The clerk shall please **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE